(No. 6346

WEBER, GRIFFITH AND MELLICAN, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF MENTAL HEALTH AND GENERAL SERVICES, Respondent.

*Opinion filed November 14, 1972.*

WEBER, GRIFFITH AND MELLICAN, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.

WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.